UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMON WILLIAMS,<br><br>                      Plaintiff,<br><br>        -against-<br><br>NATIONAL RAILROAD PASSENGER CORP.,<br><br>                      Defendant. | 1:22-cv-01647 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      On September 14, 2022, the Court ordered the parties to file a joint letter within two weeks.  ECF No. 18.  The parties failed to comply with that Order and filed their joint letter late on October 11, 2022.  ECF No. 19.  The parties also failed to file an earlier joint letter on September 15, 2022 as required by the Civil Case Management Plan and Scheduling Order.  ECF No. 12.

      In their joint letter, the parties report that they anticipate exchanging responses to written discovery requests within the next ten days and have scheduled Plaintiff's deposition for October 26, 2022.  ECF No. 19.  The parties seek an extension of fact and expert discovery deadlines by 60 days, but do not otherwise comply with the procedures for seeking an extension of time set forth in the Court's Individual Rule 1(F).  *Id.*  Moreover, fact discovery already closed on September 1, 2022 without a timely extension request.  ECF No. 12.  The parties are directed to follow all Court orders.  The Court will not tolerate late or improper submissions.

      IT IS HEREBY ORDERED that the parties shall, **no later than October 17, 2022**, file a joint letter (1) confirming that discovery is complete or (2) seeking an extension in compliance with Individual Rule 1(F), including by filing a Revised Civil Case Management Plan and Scheduling Order, and by showing good cause for the Court to reopen discovery.  The letter shall

2

also state whether the parties request the Court refer the case to the court-annexed mediation program or to the assigned Magistrate Judge for a settlement conference.

Dated: October 12, 2022
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge