UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMON WILLIAMS,<br><br>                      Plaintiff,<br><br>-against-<br><br>NATIONAL RAILROAD PASSENGER CORP.,<br><br>                      Defendant. | 1:22-cv-01647 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      IT IS HEREBY ORDERED that counsel for all parties shall appear for a status conference on **October 21, 2022 at 11:00 a.m.** for purposes of discussing discovery, pretrial deadlines, and the parties' October 17, 2022 letter motion. Counsel shall appear for the conference on Microsoft Teams; access information will be provided. The public listen-only line may be accessed by dialing the toll-free number 877-336-1831 with access code 5583342.

      IT IS FURTHER ORDERED that counsel for all parties shall, by **October 20, 2022 at 3:00 p.m.**, file a joint letter on ECF containing a list of the names, telephone numbers, and email addresses of counsel who may speak during the conference.

Dated:  October 19, 2022
           New York, New York

                                                  SO ORDERED.

                                                  JENNIFER L. ROCHON
                                                  United States District Judge