```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAMON WILLIAMS,

                            Plaintiff,                        22-CV-01647 (JLR)(SN)

        -against-                                                **ORDER**

NATIONAL RAILROAD PASSENGER CORP.,

                            Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On October 21, 2022, the Honorable Jennifer L. Rochon assigned this matter to my docket for settlement and directed the parties to schedule a settlement conference following the end of fact discovery. ECF No. 26. As the only available time to accommodate Judge Rochon's order and my schedule is Thursday, November 10, 2022, at 2:00 PM, a settlement conference is scheduled for this time. If the parties are unavailable at this date, they must contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov to schedule a conference after the Thanksgiving holiday.

**SO ORDERED.**

                                                                                  _____
                                                                                  SARAH NETBURN
                                                                                   United States Magistrate Judge

DATED:       October 25, 2022
                  New York, New York