UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DAMON WILLIAMS,

                                       **Plaintiff,**                                        **22-CV-01647 (JLR)(SN)**

                -against-                                                     **ORDER**

**NATIONAL RAILROAD PASSENGER CORP.,**

                                       **Defendant.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The settlement conference scheduled for February 28, 2023, is adjourned to April 24, 2023, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by April 17, 2023. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:      February 24, 2023
                    New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2023